## SPITZER *v.* TOWN OF NORTH MANCHESTER.

[No. 21,996. Filed October 5, 1911.]

From Wabash Circuit Court; *A. H. Plummer*, Judge.

Street assessment by the Town of North Manchester against which Emma C. Spitzer petitions for a reassessment. From a judgment for such town, petitioner appeals. *Affirmed.*

*Lesh & Lesh*, for appellant.
*Sayre & Hunter*, for appellee.

MONKS, J.—The questions presented in this case are the same as those presented in *Kohr* v. *Town of North Manchester* (1911), *ante*, 286, and upon the authority of that case the judgment in this case is affirmed.

---

## THE STATE OF INDIANA *v.* COBE.

[No. 21,840. Filed November 1, 1911.]

From Steuben Circuit Court; *P. V. Hoffman*, Special Judge.

Prosecution by The State of Indiana against Edward Cobe. From a judgment for defendant, the State appeals. *Appeal sustained.*

*Thomas M. Honan*, Attorney-General, *Thomas H. Branaman, Edwin Corr* and *James E. McCullough*, for the State.

MONKS, J.—Appellee was charged by indictment with selling, as a druggist, one quart of whisky for $1, without complying with the requirements of §8352 Burns 1908, Acts 1907 p. 689, §2. On appellee's motion the indictment was quashed on the ground that it was not alleged that appellee was a licensed druggist. Such an allegation is not necessary. *State* v. *Cameron* (1911), *ante*, 385.

The indictment in this case is substantially the same as the indictment in *State* v. *Cameron, supra*, which was held sufficient, and upon the authority of that case, the judgment is reversed with instructions to the court below to overrule appellee's motion to quash, and for further proceedings not inconsistent with this opinion.